MDNC (4/3/2024)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAR GROUP, INC D/B/A BUDGET INN, <br>     Plaintiff(s), <br> v. <br> ACCELERANT SPECIALTY INSURANCE COMPANY and ACCELERANT NATIONAL INSURANCE COMPANY <br>     Defendant(s). | ) ) ) ) ) ) ) ) ) ) **Case No.:** 1:25-cv-00495 |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATION, PARTNERSHIP, TRUST, LIMITED LIABILITY COMPANY, OR OTHER SIMILAR ENTITY THAT IS A PARTY TO, OR THAT APPEARS IN, AN ACTION OR PROCEEDING IN THIS COURT. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Accelerant National Insurance Company who is Defendant ,
(Name of Party)                    (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes          (✔) No

2. Does party have any parent entities?

    (✔) Yes          ( ) No

    If yes, identify all parent entities including grandparent, great-grandparent, etc.: _____
    Accelerant National Insurance Company is a direct and wholly-owned subsidiary of Accelerant Specialty Insurance Company.
    Accelerant Specialty Insurance Company's parent company is Accelerant US Holdings, LLC.

3. Does party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

   ( ) Yes   (✔) No

   If yes, identify all subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding: _____
   _____
   _____

4. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

   ( ) Yes   (✔) No

   If yes, identify all such owners: _____
   _____
   _____

5. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ( ) Yes   (✔) No

   If yes, identify entity and nature of interest: _____
   _____
   _____

6. In all cases, pursuant to Fed.R.Civ.P.7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of Accelerant National Insurance Company and, in diversity cases, their states of citizenship:   (name of LLC or LP party)

   | (name of member or partner) | (state of citizenship) |
   |---|---|
   | Accelerant National Insurance Company | Delaware/ Georgia |
   | Accelerant Specialty Insurance Company | Arkansas/ Georgia |
   | _____ | _____ |
   | _____ | _____ |

2

Note: If there are additional members or partners, provide their names, and in diversity cases states of citizenship, on a separate page. If any of the members or partners are an LLC or LP, provide the names, and in diversity cases states of citizenship, of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

/s/ Giles Rhodenhiser
(Signature)

06/18/2025
(Date)

3

Case 1:25-cv-00495-UA-JLW   Document 2   Filed 06/18/25   Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date, June 18, 2025, electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record. Furthermore, a true and correct copy of the foregoing document was sent the following attorneys of record via UPS overnight delivery and electronic mail.

Rebecca H. Ugolick
HOWARD STALLINGS LAW FIRM
5410 Trinity Rd #210
Raleigh, North Carolina 27607
rugolick@howardstallings.com

*Attorney for Plaintiff JAR Group, Inc.
d/b/a Budget Inn*

          PHELPS DUNBAR LLP

          */s/ Giles Rhodenhiser*
          Giles Rhodenhiser

- 3 -

PD.49864877.1

Case 1:25-cv-00495-UA-JLW     Document 2     Filed 06/18/25     Page 4 of 4